In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 23-12160

HM FLORIDA-ORL, LLC,

*Plaintiff-Appellee,*

*versus*

GOVERNOR OF FLORIDA, et al.,

*Defendants,*

SECRETARY OF THE FLORIDA DEPARTMENT OF
BUSINESS AND PROFESSIONAL REGULATION,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00950-GAP-LHP

2                    Order of the Court                    23-12160

Before William Pryor, Chief Judge, Jordan, Rosenbaum, Jill Pryor, Newsom, Branch, Grant, Luck, Lagoa, Brasher, Abudu, and Kidd, Circuit Judges.

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.